■ EFCO-FA DEVELOPMENT CORP., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 93054.) [698 NYS2d 53] —In an eminent domain proceeding, the claimant appeals from an order of the Court of Claims (Silverman, J.), dated January 6, 1999, which denied its motion for a trial preference pursuant to CPLR 3403 (a) (3) or (4).

Ordered that the order is affirmed, with costs.

The claimant sought a trial preference on the ground that its President, who was also a 35% stockholder, was 74 years of age at the time of the application, and in poor health (*see,* CPLR 3403 [a] [3], [4]). Contrary to the claimant's contention, its President, as a corporate officer and partial stockholder, does not possess a cognizable cause of action (*see, Cooney Bros. v State of New York,* 24 NY2d 387, 392; *cf., Borenstein v City of New York,* 248 AD2d 425; *Milton Point Realty Co. v Haas,* 91 AD2d 678; *Bobowski v Toomey,* 108 Misc 2d 1061) and is not the real party in interest (*see, Chalmers v Eaton Corp.,* 71 AD2d 721; *cf., Campbell v Kelly,* 42 AD2d 601). Therefore, the claimant's application for a trial preference due to the age and health of its officer was properly denied.

Furthermore, the claimant's request for a trial preference on the ground of financial hardship was also properly denied since there was no proof submitted as to the actual fiscal condition of the corporation (*see,* CPLR 3403 [a] [3]; *La Porta v Fretto Enters.,* 100 AD2d 713). Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.